UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 19-257(1) (MJD/KMM) |
| | ) | |
| v.          Plaintiff, | ) | |
| | ) | **DEFENDANT'S PRETRIAL MOTION** |
| AMANDA MARIE LETOURNEAU, | ) | **TO SUPPRESS STATEMENTS,** |
| | ) | **ADMISSIONS, AND ANSWERS** |
| Defendant. | ) | |

Amanda Marie Letourneau, through her undersigned attorney, moves the Court for an order suppressing all statements, admissions and answers made by her prior to, at the time of, or subsequent to her arrest. A review of the discovery from the government indicates that Ms. Letourneau made several incriminating statements, which may be used as evidence against her should she proceed to trial. These statements, made during custodial interrogation, were taken in violation of the Fifth and Sixth Amendments to the United States Constitution.

**Statements**

On August 28, 2018, law enforcement entered the property of Ms. Letourneau's home to execute a search warrant. Ms. Letourneau, her husband and a friend were in the garage when multiple law enforcement vehicles surrounded the property. Ms. Letourneau was ordered out of the garage at gunpoint. She was questioned regarding the investigation and made several statements. To make matters worse, Ms. Letourneau, her husband and their friend had just finished smoking methamphetamine and Ms. Letourneau was seriously impaired during questioning.

**The Fifth and Sixth Amendment Requirements**

As grounds for the motion, Ms. Letourneau states:

A.   That any statements, admissions or answers made by Ms. Letourneau were made without the assistance or benefit of counsel in violation of defendant's Fifth Amendment and Sixth Amendment rights under the Constitution of the United States.

B.   That any statements, admissions, or answers made by Ms. Letourneau prior to, at the time of, or subsequent to her arrest were not given freely and voluntarily, thereby violating her rights under the Fifth Amendment to the Constitution of the United States.

C.   For such other reasons as may appear upon an oral hearing of this motion.

Dated: November 12, 2019                    Respectfully submitted,


*s/Shannon Elkins*
_____
SHANNON ELKINS
Attorney ID No. 332161
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415