UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.    Plaintiff,<br><br>AMANDA MARIE LETOURNEAU,<br><br>Defendant. | Criminal No.  19-257(1) (MJD/KMM)<br><br>**DEFENDANT'S PRETRIAL MOTION FOR DISCLOSURE OF 404 EVIDENCE** |

Amanda Marie Letourneau, by and through her undersigned attorney, hereby moves the Court for an Order directing the government to immediately disclose any "bad act" or "similar course of conduct" evidence it intends to offer at trial pursuant to Rule 404 of the Federal Rules of Evidence. Rule 404(b) requires "reasonable notice" upon request of the defendant. Ms. Letourneau notifies the Court and the government that she is officially making such a request.

This motion is based on the indictment, the file and record in the above-entitled action and any and all other matters which may be presented prior to or at the time of the hearing of said motion.

Dated:  November 12, 2019                Respectfully submitted,

*s/Shannon Elkins*

SHANNON ELKINS
Attorney ID No. 332161
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415