UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                            **ORDER**
                              Criminal File No. 19-257 (MJD/KMM)

(1) AMANDA MARIE LETOURNEAU,

      Defendant.

Nathan Hoye Nelson, Assistant United States Attorney, Counsel for Plaintiff.

Shannon R. Elkins, Office of the Federal Defender, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated April 27, 2020. Defendant Amanda Marie Letourneau filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Menendez dated April 27, 2020. The Court makes one amendment to the Report

and Recommendation by inserting the following clause after "7:55." in the sixth line of the second full paragraph on page 10 of the Report and Recommendation:

"*See also* Ex. 2 at 9:20 (mentioning that Defendant had told him there is money in the house)."

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS**, as amended, the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated April 27, 2020 [Docket No. 85].

2. Defendant's Pretrial Motion to Suppress Statements, Admissions, and Answers [Docket No. 38] is **DENIED**.

3. Defendant's Pretrial Motion to Suppress Search and Seizure [Docket No. 40] is **DENIED**.

Dated:  June 30, 2020                    s/ Michael J. Davis
                                         Michael J. Davis
                                         United States District Court